### August 8, 1974

### Butler v. Butler, Appellant.

Argued

754

June 14, 1974. *Carl A. Wiker,* with him *Wiker and Duvall,* for appellant; *John E. Rydesky,* with him *Rydesky & Malizia,* for appellee.

Appeal quashed.